# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ALMA SUE WESTFALL, et al. | : | CASE NO. 1:12-CV-00866 |
| Plaintiffs, | : | JUDGE TIMOTHY BLACK |
| v. | : | AGREED ENTRY WITHDRAWING MOTION FOR DEFAULT |
| IRONTON METROPOLITAN HOUSING AUTHORITY, et al. | : | JUDGMENT AND ALLOWING THIRD-PARTY DEFENDANT |
| | : | PORTCO, INC. TO FILE AN |
| Defendants. | | ANSWER |

Come now the parties, West End Electric Company and Portco, Inc. and hereby agree to the following. West End Electric Company filed a Motion for Default Judgment against Portco, Inc. and said motion was granted by this court. West End Electric Company hereby agrees to set aside the Motion for Default Judgment and the Entry granting the same. Further West End Electric Company agrees to allow Third-Party Defendant Portco, Inc. twenty-eight days from today or through July 26, 2013 to answer and/or otherwise plead to West End Electric Company's Third-Party Complaint. Therefore, it is hereby Ordered that the Entry granting West End Electric Company's Motion for Default Judgment against Portco, Inc. is hereby vacated and Portco, Inc. has twenty-eight days from the date of this Entry or through July 26, 2013 to answer and/or otherwise plead to West End Electric Company's Third-Party Complaint.

_____
Judge Timothy S. Black

Have Seen and Agree:

/s/ Glenn A. Markesbery
Glenn A. Markesbery (0040204)
Attorney for Third-Party Defendant,
Portco, Inc.

<u>/s/ Molly G. Vance per email authority 6/27/13</u>
Molly G. Vance
Attorney for Defendant/Third-Party Plaintiff,
West End Electric Company